# Third District Court of Appeal

## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-1241
Lower Tribunal No. F80-19589A

_____

**Tommie J. Hicks,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Tommie J. Hicks, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.